IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) Bankruptcy Case No.  15-24583-JAD |
| LARRY P. ABLES, | ) |
| | ) Chapter 13 |
| Debtor\s. | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, West Aircomm Federal Credit Union is a party in interest and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices, proceedings and papers specified by that Rule, and Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given to and served upon:

>Erin P. Dyer, Esquire
>128 South 2nd Street
>Clarksburg, WV 26301
>304-624-1100
>erindyer@wvlegalcounsel.com

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

Dated: August 4, 2016         By:  /s/  Erin P. Dyer
                                                Erin P. Dyer, Esquire
                                                PA ID Number: 52748
                                                Attorney for West Aircomm Federal Credit Union
                                                128 South 2nd Street
                                                Clarksburg, WV 26301
                                                304-624-1100
                                                erindyer@wvlegalcounsel.com