# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |
|---|---|
| **Debtor:** | LARRY P. ABELS |
| **Case Number:** | 15-24583-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 11, 2016 01:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/17/16 8:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#15 - Final Confirmation of Plan Dated 1/2/16 NFC
R / M #:  15 / 0

### Appearances:

Debtor: *Skidl*
Trustee: Winnecour / Bedford / Pail / **Katz**
Creditor:

*Amended plan filed on 8/10*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✔ Plan/Motion continued to **Oct 13, 2016** at **3:00 pm**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: