IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-24583-JAD |
| LARRY P. ABLES | : | |
| Debtor | : | |
| | : | Chapter 13 |
| | : | |
| | : | Related to Claim No. 2-1 & 13-1 |

### WITHDRAWAL OF PROOF OF CLAIM NUMBER 2-1
### OF WEST-AIRCOMM FEDERAL CREDIT UNION

AND NOW comes WEST-AIRCOMM FEDERAL CREDIT UNION in the above-captioned case and: (a) withdraws its first Proof of Claim filed in the above-captioned case at Claim 2-1; and (b) states that its correct Proof of Claim is filed at Claim 13-1.

WEST-AIRCOMM FEDERAL CREDIT UNION

Dated: August 23, 2016         By: /s/ Erin P. Dyer
                               Erin P. Dyer, Esquire
                               PA ID Number: 52748
                               Attorney for West Aircomm Federal Credit Union
                               128 South 2nd Street
                               Clarksburg, WV 26301
                               304-624-1100
                               erindyer@wvlegalcounsel.com