# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

FILED
10/14/16 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Conciliation Conference:*

- **Debtor:** LARRY P. ABELS
- **Case Number:** 15-24583-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 13, 2016 03:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#42 - Amended Plan dated 8/9/16 - NFC
R / M #:  42 / 0

### *Appearances:*

- **Debtor:** Steidl
- **Trustee:** Winnecour / Bedford / Pail / (Katz)
- **Creditor:**

### *Proceedings:*

**Outcome:**

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 11/2/16 at 9:30 Am.
10. ____ Other:

*Handwritten notes:* Debtor paying debts outside plan without any justification. Business income reflected as non-debtor's spouse on sch I, but business looks to be in name of Debtor.

In addition, no payments since 7/16, indicating feasibility issues.

10/5/2016    2:19:43PM