# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| **Debtor:** | LARRY P. ABELS |
| **Case Number:** | 15-24583-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 02, 2016 09:30 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## Matter:

Contested Hearing on Confirmation of Debtor's Amended Chapter 13 Plan Dated 8/9/2016
- Conciliation Conference Held 08/11/2016 - Continued To 10/13/2016
- Conciliation Conference Held 10/13/2016 - Continued To 11/02/2016 Contesteds
R / M #:  42 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTOR:  KENNETH STEIDL, ESQUIRE
CREDITOR:

## Proceedings:

____ Motion is **GRANTED** /  DENIED
____ Special Type Of Order:
____ CONTINUE MATTER:
  ____ For At Least ____ Days (Court To Issue Scheduling Order)
  ____ To Hearing Date Of _____ at _____ AM/PM at _____
  ____ To Conciliation Conference For _____ at _____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
  ____ Evidentiary Hearing On Value And Cram-Down Interest
  ____ Complex / Pretrial Order -  NONJURY  /  JURY
  ____ Simple / Pretrial Order - NONJURY  /  JURY
  ____ Parties To Undertake Discovery - Discovery Period:  ____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

**- Order Entered 11/2/2016, Confirming Plan as modified at hearing.**

FILED
11/2/16 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge