UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| LARRY P. ABELS fdba RESTAURANT, | : **DEFAULT O/E JAD** |
| DISCOUNTERS, fdba ABEL EQUIPMENT | : |
| GROUP LLC, | : |
|       Debtor | : Bankruptcy No. 15-24583-JAD |
| | : |
| WILLIAM J. GASS, | : Chapter 13 |
|       Movant | : |
| vs. | : Related To Doc. No. 54 |
| LARRY P. ABELS fdba RESTAURANT, | : |
| DISCOUNTERS, fdba ABEL EQUIPMENT | : |
| GROUP LLC; and RONDA J. WINNECOUR, | : |
| ESQ., TRUSTEE | : |
|       Respondents. | : |

## ORDER OF COURT

AND NOW, this <u>6th</u> day of <u>January</u>, 2017, after review by the Court of the Motion to Approve Distribution Pursuant to Master's Report filed by Movant William J. Gass, it is hereby Ordered that the Master Report of the Master, Michael J. Pater, appointed in the matter filed at Court of Common Pleas of Butler County Docket No. EQ 09-10355 is approved and that all distributions due to Debtor, Larry P. Abels, pursuant to the Master's Report shall be paid to Ronda J. Winnecour, Esq., Trustee.

Jeffery A. Deller, Chief Judge
United States Bankruptcy Court (WDPA)

CASE ADMINISTRATOR SHALL SERVE
    Larry P. Abels
    Kenneth Steidl, Esquire
    Andrew M. Menchyk, Jr., Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
1/6/17 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Larry P. Abels  
       Debtor

Case No. 15-24583-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Jan 06, 2017  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2017.  
db          +Larry P. Abels,    1086 Meridian Road,    Renfrew, PA 16053-9714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2017 at the address(es) listed below:

           Andrew F Gornall     on behalf of Creditor    JPMorgan Chase Bank, National Association  
            agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
           Andrew M. Menchyk, Jr.    on behalf of Creditor William J Gass amm@stepmenlaw.com  
           Erin P. Dyer     on behalf of Creditor    West Aircomm Federal Credit Union  
            erindyer@wvlegalcounsel.com  
           James Warmbrodt     on behalf of Creditor    JPMorgan Chase Bank, National Association  
            bkgroup@kmllawgroup.com  
           Kenneth Steidl     on behalf of Debtor Larry P. Abels julie.steidl@steidl-steinberg.com,  
            ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.  
            nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
           S. James Wallace     on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com,  
            srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                 TOTAL: 8