IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

In Re: )
) Bankruptcy No. 15-24583-JAD
LARRY P. ABLES, )
) Chapter 13
          Debtor. )
) Related to ECF No. 41

## ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Dyer Law Firm, P.C. and Erin P. Dyer are GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: December 6, 2018

                                                Jeffery A. Deller   mas
                                                United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
12/6/18 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-24583-JAD
Larry P. Abels                                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2          Date Rcvd: Dec 06, 2018
                              Form ID: pdf900         Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
```
db            +Larry P. Abels,    1086 Meridian Road,    Renfrew, PA 16053-9714
cr            +GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison, WI 53708-8961
cr            +Peoples TWP, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,    Pittsburgh, PA 15212-5860
cr            +West Aircomm Federal Credit Union,    PO Box 568,    Beaver, PA 15009-0568
cr            +William J Gass,    280 Anderson Road,    Butler, PA 16002-8822
14205187       AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
14153138      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
14153139      +Armstrong Cable,    437 N Main Street,    Butler, PA 16001-4358
14153141       Chase,    Attn: Customer Service Research,    Mail Code: OH4-7302,    P.O. Box 24696,
                 Columbus, OH 43224-0696
14153143      +Chase Visa,    P.O. Box 15298,    Wilmington, DE 19850-5298
14153142       Chase Visa,    PO Box 15298,    Wilmington, DE 19886-5153
14153144      +Citizens Bank,    One Citizens Plaza,    Providence, RI 02903-1339
14153145      +Citizens Bank,    PO Box 7000,    Providence, RI 02940-7000
14233792      +Citizens Bank of PA, N.A.,    Attn: Charles M. Koutsogiane,    One Citizens, Dr, ROP30B,
                 Riverside R.I. 02915-3026
14231224      +Citizens Bank, N.A.,    1 Citizens Drive, ROP15B,    Riverside RI 02915-3026
14177993      +First Data Merchant Services,    4000 Coral Ridge Drive (C-230),    Coral Springs, FL 33065-7614
14917664       GLHEC & Aff: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
14153148      +Guardian Protection Services,    174 Thorn Hill Road,    Warrendale, PA 15086-7528
14153149      +HIBU INC FKA Yellowbook inc,    PO Box 3162,    Cedar Rapids, IA 52406-3162
14208349      +Hibu Inc f/k/a Yellowbook Inc,    C/O RMS Bankruptcy Recovery Services,    P. O. Box 361345,
                 Columbus, OH 43236-1345
14177996      +Michael J. Pater,    Attorney at Law,    101 E. Diamond Street, Suite 202,
                 Butler, PA 16001-5944
14195599       Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
14177998      +Northwest Savings Bank,    905 Main Street,    Pittsburgh, PA 15215-2301
14153152      +PMF Rentals,    124 Plunkett Dr,    Zelienople, PA 16063-8716
14231782      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14153153       PNC Bank MT2,    2730 Liberty Avenue,    Pittsburgh, PA 15265-0001
14153150      +Penn Center Complex,    c/o Mike Pater,    108 E Diamond St,    Suite 202,    Butler, PA 16001-5947
14153151       Peoples TWP Gas,    PO Box 747105,    Pittsburgh, PA 15274-7105
14177999       Rauch-Milliken International Inc.,    PO Box 8390,    Metairie, LA 70011-8390
14153154       Sheetz Business Edge,    c/o Wex Bank,    P.O. Box 6293,    Carol Stream, IL 60197-6293
14153155      +Specialty Equipment Sales,    5705 Valley Belt Road,    Independence, OH 44131-1421
14808393       United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
14230032      +West Aircomm Federal Credit Union,    485 Buffalo Street,    Beaver, PA 15009-2098
14178000      +William J. Glass,    c/o Leo M. Stepanion Sr.,    222 S. Main Street,    Butler, PA 16001-5930
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: rmscedi@recoverycorp.com Dec 07 2018 03:22:21
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14153137      +E-mail/Text: bkr@cardworks.com Dec 07 2018 03:25:58       Advanta,    PO Box 660676,
                 Dallas, TX 75266-0676
14193532       E-mail/Text: bkr@cardworks.com Dec 07 2018 03:25:58       Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14153140       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 03:21:42       Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
14172282       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 03:22:01
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14153147       E-mail/Text: mrdiscen@discover.com Dec 07 2018 03:26:02       Discover Card,    PO Box 30943,
                 Salt Lake City, UT 84130
14159922       E-mail/Text: mrdiscen@discover.com Dec 07 2018 03:26:02       Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14177997      +E-mail/PDF: pa_dc_claims@navient.com Dec 07 2018 03:22:03       Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
14179258       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2018 03:26:25
                 Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                 Harrisburg P A 17128-0946
14158952       E-mail/PDF: rmscedi@recoverycorp.com Dec 07 2018 03:22:21
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14153158      +E-mail/Text: adjustor@westaircomm.com Dec 07 2018 03:26:03       West Aircomm FCU,    P.O. Box 568,
                 Beaver, PA 15009-0568
14153159       E-mail/Text: bankruptcy@firstenergycorp.com Dec 07 2018 03:26:35       West Penn Power,
                 1310 Fairmont Ave,    Fairmont, WV 26554-3526
14191175      +E-mail/Text: bankruptcy@firstenergycorp.com Dec 07 2018 03:26:36       West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                               TOTAL: 13
```

```
District/off: 0315-2         User: aala              Page 2 of 2                 Date Rcvd: Dec 06, 2018
                             Form ID: pdf900         Total Noticed: 47
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, National Association
14153156        Suzette Abels
14153157        Suzette Abels
14153146*      +Citizens Bank,   PO Box 7000,   Providence, RI 02940-7000
14177994*      +First Data Merchant Services,   4000 Coral Ridge Drive (C-230),   Coral Springs, FL 33065-7614
14177995*      +HIBU INC FKA Yellowbook inc,   PO Box 3162,   Cedar Rapids, IA 52406-3162
14153160*       West Penn Power,   1310 Fairmont Ave,   Fairmont, WV 26554-3526
14153136      ##Admiral Craft Equipment Corp,   PO Box 9014,   Hicksville, NY 11802-9014
                                                                                TOTALS: 3, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor   JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              Andrew M. Menchyk, Jr.   on behalf of Creditor William J Gass amm@stepmenlaw.com
              Erin P. Dyer   on behalf of Creditor    West Aircomm Federal Credit Union
               erindyer@wvlegalcounsel.com
              James Warmbrodt    on behalf of Creditor   JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Larry P. Abels julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace   on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                     TOTAL: 8
```