## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Notice of Mortgage Payment Change* was served on

the following parties via CM/ECF or first class U.S. mail postage prepaid, as follows:

Kenneth Steidl                          Ronda J. Winnecour
Attorney for Debtor(s)                  Chapter 13 Trustee
Served via CM/ECF                       Served via CM/ECF
julie.steidl@steidl-steinberg.com

Larry P. Abels
1086 Meridian Road
Renfrew, PA 16053
Debtor(s)

**Dated:** April 15, 2019

Jennifer L Dellatore

## ACKNOWLEDGMENT

State of Rhode Island
County of Providence

On this _15_ day of _April_ , 20_19_, before me, the undersigned notary public,
personally appeared Jennifer L Dellatore ☑ personally known to the notary or ☐ proved to the
notary through satisfactory evidence of identification, which was _____,
to be the person who signed the preceding document in my presence, and who swore or affirmed
to the notary that the contents of the document are truthful and accurate to the best of his/her
knowledge and belief.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Charly Almonte #759631
Notary
My Commission Expires: September 19, 2020

NOTARY PUBLIC
CHARLY ALMONTE
RHODE ISLAND

Charly Almonte
Notary Public, State of Rhode Island
My Commission Expires
September 19, 2020
No. 759631