**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/15/2019

IN RE:

LARRY P. ABELS
1086 MERIDIAN ROAD
RENFREW,  PA  16053
XXX-XX-5908          Debtor(s)

Case No. 15-24583 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/15/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1327/PRAE |
| **CHASE MORTGAGE**<br>PO BOX 24696<br>COLUMBUS, OH  43224-0696 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*CONFIRM PAYEE~CHASE/SCH | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: |
| **PEOPLES GAS LLC F/K/A PEOPLES TWP LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2239 |
| **CITIZENS BANK***<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI  02915 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL@$300/MO*CL=$73179.89 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5939 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*CL=$6376.27 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9517 |
| **WEST-AIRCOMM FCU**<br>485 BUFFALO ST<br>BEAVER, PA  15009 | Trustee Claim Number: 6   INT %: 1.99%<br>Court Claim Number: 13<br>CLAIM: 20,516.63<br>COMMENT: $CL-PL@1.99%/PL@K*PL=K*AMDS CL 2*DKT | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5908 |
| **ADMIRAL CRAFT EQUIPMENT**<br>PO BOX 9014<br>HICKSVILLE, NY  11802-9014 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7773 |
| **ADVANTA BANK CORPORATION**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 3,583.69<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2006 |
| **AMERICAN EXPRESS BANK FSB**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,749.75<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **ARMSTRONG CABLE CO**<br>160 WESTVIEW DR<br>MEADVILLE, PA  16335 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6201 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 5,478.09<br>COMMENT: 2608/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2994 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4496 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6932 |
| **CITIZENS BANK***<br>1 CITIZENS DRIVE<br><br>RIVERSIDE, RI 02915 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 28,773.12<br>COMMENT: 0018/SCH*BUSINESS LOAN 6/06*INSUFF POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6659 |
| **CITIZENS BANK***<br>1 CITIZENS DRIVE<br><br>RIVERSIDE, RI 02915 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 5,090.80<br>COMMENT: 0018/SCH*BUSINESS LOAN MDF 11/12*INSUFF POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0238 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 11,189.04<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1408 |
| **GUARDIAN PROTECTION SERVICES(*)**<br>174 THORN HILL RD<br><br>WARRENDALE, PA 15086 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 262.47<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2887 |
| **HIBU INC F/K/A YELLOWBOOK INC F/K/A YELLO**<br>C/O RMS (AN IQOR CO)<br>PO BOX 361345<br>COLUMBUS, OH 43236 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,362.50<br>COMMENT: 188658*NO POD*T OBJ | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8658 |
| **PENN CENTER COMPLEX**<br>108 E DIAMOND ST STE 202<br><br>BUTLER, PA 16001 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PMF RENTALS**<br>124 PLUNKETT DRIVE<br><br>ZELIENOPLE, PA 16063 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1935 |

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc / Account |
|---|---|---|---|
| **SHEETZ**<br>4662 W RIDGE RD<br><br>ERIE, PA 16505 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6513 |
| **SPECIALTY EQUIPMENT SALES COMPANY**<br>5705 VALLEY BELT RD<br><br>INDEPENDENCE, OH 44131 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 4,281.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7148 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6898 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 766.56<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2528 |
| **RAUCH MILLIKEN INTERNATIONAL**<br>POB 8390<br><br>METAIRIE, LA 70011-8390 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9830 |
| **FIRST DATA MERCHANT SERVICES**<br>4000 CORAL RIDGE DR<br><br>CORAL SPRINGS, FL 33065 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TERMINAL LEASE/AMD F*2-13-16 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0883 |
| **GLHEC & AFFILIATES: GLHEGC NELA USAF**<br>PO BOX 809142<br><br>CHICAGO, IL 60680 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 8-3<br>CLAIM: 6,360.32<br>COMMENT: AMD*FR NAVIENT/USAF-DOC 59, 63*NO ACCT/SCH*/AMD F 2-13-16*DK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5908 |
| **NORTHWEST SAVINGS BANK****<br>COLLECTIONS DEPT*<br>POB 337*<br>WARREN, PA 16365 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /AMD F*2-13-16 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9813 |
| **WILLIAM GLASS**<br>C/O LEO STEPANION SR<br>222 S MAIN ST<br>BUTLER, PA 16001 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RS/OE*NO$~PERSONAL LAWSUIT FOR BIZ ERNT AND LEGAL FEES/AMD F*2-13-16 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 397.19<br>COMMENT: CL4GOVS*NT/SCH-PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6527 |

| PA DEPARTMENT OF REVENUE* | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:4 | ACCOUNT NO.: 6527 |
| STRAWBERRY SQ | | |
| | CLAIM: 43.57 | |
| HARRISBURG, PA 17128 | COMMENT: NT/SCH | |

| HIBU INC F/K/A YELLOWBOOK INC F/K/A YELLO | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O RMS (AN IQOR CO) | Court Claim Number:11 | ACCOUNT NO.: 8658 |
| PO BOX 361345 | | |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43236 | COMMENT: C11:$1362.50~DUP OF CL 10*T OBJ | |

| UNITED STUDENT AID FUNDS INC (USAF) | Trustee Claim Number:33  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O GREAT LAKES HIGHER EDU GUAR CORP | Court Claim Number:8-2 | ACCOUNT NO.: 5908 |
| PO BOX 809142 | | |
| | CLAIM: 0.00 | |
| CHICAGO, IL 60680 | COMMENT: W/27*IMPROPER AMD CL REPL BY ORIGINAL | |

| WEST-AIRCOMM FCU | Trustee Claim Number:34  INT %: 0.00% | CRED DESC: VEHICLE |
|---|---|---|
| 485 BUFFALO ST | Court Claim Number:2 | ACCOUNT NO.: 5908 |
| | | |
| | CLAIM: 0.00 | |
| BEAVER, PA 15009 | COMMENT: W/D @ DOC 44 ~ AMD BY 13 | |