IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Larry P. Abels                                  :   Case No. 15-24583JAD
                                                :   Chapter 13
       Debtor(s)                        :
Ronda J. Winnecour, Trustee                     :
                                                :   Related to Claim #11
       Movant(s)                        :
                                                :   Re. Doc. 73
       vs.                              :
Hibu                                            :   Hearing Date
                                                :
       Respondent(s)

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLAIM

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on September 27, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than October 28, 2019.

10/29/2019                                  /s/ Ronda J. Winnecour
Date                                        Ronda J. Winnecour
                                            Chapter 13 Trustee PA I.D.#30399
                                            U.S. Steel Tower- Suite 3250
                                            600 Grant Street
                                            Pittsburgh PA  15219
                                            cmecf@chapter13trusteewdpa.com