IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 15-24583 JAD |
| Larry P. Abels, | ) | Chapter 13 |
| | ) | Docket No. |
| *Debtor* | ) | |
| | ) | |
| Larry P. Abels, | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On January 4, 2016 at docket number 10, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


September 17, 2020                                            /s/ Larry P. Abels            _
Date                                                                       Debtor


_____                                        _____
Date                                                                       Debtor

                                                Respectfully submitted,

October 22, 2020                                         /s/ Kenneth Steidl
DATE                                                      Kenneth Steidl, Esquire
                                                           Attorney for the Debtor

                                                STEIDL & STEINBERG
                                                707 Grant Street
                                                Suite 2830, Gulf Tower
                                                Pittsburgh, PA 15219
                                                (412) 391-8000
                                                Ken.steidl@steidl-steinberg.com
                                                PA I.D. No. 34965