Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Larry P. Abels**
**fdba Restaurant Discounters, fdba Abel Equipment Group LLC**
Debtor(s)

Bankruptcy Case No.: 15−24583−JAD
Related To Doc. No. 83
Chapter: 13
Docket No.: 84 − 83

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 21st of December, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/5/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/17/21 at 11:00 AM at the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/5/21.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-24583-JAD |
| Larry P. Abels | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 3 |
| Date Rcvd: Dec 21, 2020 | Form ID: 408v | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larry P. Abels, 1086 Meridian Road, Renfrew, PA 16053-9714 |
| cr | + | Peoples TWP, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | William J Gass, 280 Anderson Road, Butler, PA 16002-8822 |
| 14205187 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14153136 | | Admiral Craft Equipment Corp, PO Box 9014, Hicksville, NY 11802-9014 |
| 14153138 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14153139 | + | Armstrong Cable, 437 N Main Street, Butler, PA 16001-4358 |
| 14177993 | + | First Data Merchant Services, 4000 Coral Ridge Drive (C-230), Coral Springs, FL 33065-7614 |
| 14153148 | + | Guardian Protection Services, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 14208349 | + | Hibu Inc f/k/a Yellowbook Inc, C/O RMS Bankruptcy Recovery Services, P. O. Box 361345, Columbus, OH 43236-1345 |
| 14177996 | + | Michael J. Pater, Attorney at Law, 101 E. Diamond Street, Suite 202, Butler, PA 16001-5944 |
| 14195599 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14177998 | + | Northwest Savings Bank, 905 Main Street, Pittsburgh, PA 15215-2301 |
| 14153152 | + | PMF Rentals, 124 Plunkett Dr, Zelienople, PA 16063-8716 |
| 14153153 | | PNC Bank MT2, 2730 Liberty Avenue, Pittsburgh, PA 15265-0001 |
| 14153150 | + | Penn Center Complex, c/o Mike Pater, 108 E Diamond St, Suite 202, Butler, PA 16001-5947 |
| 14153151 | | Peoples TWP Gas, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 14177999 | | Rauch-Milliken International Inc., PO Box 8390, Metairie, LA 70011-8390 |
| 14153154 | | Sheetz Business Edge, c/o Wex Bank, P.O. Box 6293, Carol Stream, IL 60197-6293 |
| 14153155 | + | Specialty Equipment Sales, 5705 Valley Belt Road, Independence, OH 44131-1421 |
| 14178000 | + | William J. Glass, c/o Leo M. Stepanion Sr., 222 S. Main Street, Butler, PA 16001-5930 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 22 2020 05:13:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2020 05:13:00 | Citizens bank na, One Citizens Bank Way JCA 115, Johnston, RI 02919 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2020 04:49:50 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: adjustor@westaircomm.com | Dec 22 2020 05:14:00 | West Aircomm Federal Credit Union, PO Box 568, Beaver, PA 15009-0568 |
| 14153137 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2020 04:32:04 | Advanta, PO Box 660676, Dallas, TX 75266-0676 |
| 14193532 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2020 04:48:54 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14153144 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2020 05:13:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |

Case 15-24583-JAD    Doc 85    Filed 12/23/20    Entered 12/24/20 00:55:03    Desc Imaged
                        Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: msch | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: 408v | Total Noticed: 49 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14153145 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2020 05:13:00 | Citizens Bank, PO Box 7000, Providence, RI 02940 |
| 14231224 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2020 05:13:00 | Citizens Bank, N.A., 1 Citizens Drive, ROP15B, Riverside RI 02915 |
| 14153140 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 04:49:23 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14172282 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 04:42:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14233792 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2020 05:13:00 | Citizens Bank of PA, N.A., Attn: Charles M. Koutsogiane, One Citizens, Dr, ROP30B, Riverside R.I. 02915-3026 |
| 14153147 | | Email/Text: mrdiscen@discover.com | Dec 22 2020 05:13:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |
| 14159922 | | Email/Text: mrdiscen@discover.com | Dec 22 2020 05:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14917664 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 22 2020 05:13:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14153149 | | Email/Text: THIRDPARTY@HIBU.COM | Dec 22 2020 05:14:00 | HIBU INC FKA Yellowbook inc, PO Box 3162, Cedar Rapids, IA 52406 |
| 14153141 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 22 2020 04:32:27 | Chase, Attn: Customer Service Research, Mail Code: OH4-7302, P.O. Box 24696, Columbus, OH 43224-0696 |
| 14153143 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 22 2020 04:41:53 | Chase Visa, P.O. Box 15298, Wilmington, DE 19850 |
| 14153142 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 22 2020 04:49:16 | Chase Visa, PO Box 15298, Wilmington, DE 19886-5153 |
| 14177997 | + | Email/PDF: pa_dc_claims@navient.com | Dec 22 2020 04:49:46 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14231782 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2020 05:14:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14179258 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2020 05:15:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14158952 | | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2020 04:49:50 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14808393 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 22 2020 05:13:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14153158 | + | Email/Text: adjustor@westaircomm.com | Dec 22 2020 05:14:00 | West Aircomm FCU, P.O. Box 568, Beaver, PA 15009-0568 |
| 14230032 | + | Email/Text: adjustor@westaircomm.com | Dec 22 2020 05:14:00 | West Aircomm Federal Credit Union, 485 Buffalo Street, Beaver, PA 15009-2098 |
| 14191175 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 22 2020 05:16:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14153159 | | Email/Text: bankruptcy@firstenergycorp.com | Dec 22 2020 05:16:00 | West Penn Power, 1310 Fairmont Ave, Fairmont, WV 26554-3526 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |
| 14153156 | | Suzette Abels |
| 14153157 | | Suzette Abels |
| 14153146 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, PO Box 7000, Providence, RI 02940 |
| 14177994 | *+ | First Data Merchant Services, 4000 Coral Ridge Drive (C-230), Coral Springs, FL 33065-7614 |
| 14177995 | *P++ | HIBU, ATTN MELISSA MCCALLIN, 2201 RENAISSANCE BLVD, KING OF PRUSSIA PA 19406-2709, address filed with court:, HIBU INC FKA Yellowbook inc, PO Box 3162, Cedar Rapids, IA 52406 |
| 14153160 | * | West Penn Power, 1310 Fairmont Ave, Fairmont, WV 26554-3526 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020                       Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com |
| Andrew M. Menchyk, Jr. | on behalf of Creditor William J Gass amm@stepmenlaw.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Larry P. Abels julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples TWP  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 7