| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Larry P. Abels** | Social Security number or ITIN  xxx–xx–5908 |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN  _ _ _ _ |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number:  **15–24583–JAD** | |

# Order of Discharge                                                                                        12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Larry P. Abels
    fdba Restaurant Discounters, fdba Abel Equipment Group
    LLC

<u>2/8/21</u>                                                              **By the court:**   <u>Jeffery A. Deller</u>
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 15-24583-JAD
Larry P. Abels   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 4
Date Rcvd: Feb 08, 2021      Form ID: 3180W      Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larry P. Abels, 1086 Meridian Road, Renfrew, PA 16053-9714 |
| cr | + | Peoples TWP, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | William J Gass, 280 Anderson Road, Butler, PA 16002-8822 |
| 14153136 | | Admiral Craft Equipment Corp, PO Box 9014, Hicksville, NY 11802-9014 |
| 14153139 | + | Armstrong Cable, 437 N Main Street, Butler, PA 16001-4358 |
| 14177993 | + | First Data Merchant Services, 4000 Coral Ridge Drive (C-230), Coral Springs, FL 33065-7614 |
| 14153148 | + | Guardian Protection Services, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 14208349 | + | Hibu Inc f/k/a Yellowbook Inc, C/O RMS Bankruptcy Recovery Services, P. O. Box 361345, Columbus, OH 43236-1345 |
| 14177996 | + | Michael J. Pater, Attorney at Law, 101 E. Diamond Street, Suite 202, Butler, PA 16001-5944 |
| 14195599 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14177998 | + | Northwest Savings Bank, 905 Main Street, Pittsburgh, PA 15215-2301 |
| 14153152 | + | PMF Rentals, 124 Plunkett Dr, Zelienople, PA 16063-8716 |
| 14153153 | | PNC Bank MT2, 2730 Liberty Avenue, Pittsburgh, PA 15265-0001 |
| 14153150 | + | Penn Center Complex, c/o Mike Pater, 108 E Diamond St, Suite 202, Butler, PA 16001-5947 |
| 14153151 | | Peoples TWP Gas, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 14177999 | | Rauch-Milliken International Inc., PO Box 8390, Metairie, LA 70011-8390 |
| 14153154 | | Sheetz Business Edge, c/o Wex Bank, P.O. Box 6293, Carol Stream, IL 60197-6293 |
| 14153155 | + | Specialty Equipment Sales, 5705 Valley Belt Road, Independence, OH 44131-1421 |
| 14178000 | + | William J. Glass, c/o Leo M. Stepanion Sr., 222 S. Main Street, Butler, PA 16001-5930 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Feb 09 2021 04:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2021 03:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Feb 09 2021 04:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2021 03:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 09 2021 02:59:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2021 02:59:00 | Citizens bank na, One Citizens Bank Way JCA 115, Johnston, RI 02919 |
| cr | EDI: RECOVERYCORP.COM | | |

Case 15-24583-JAD   Doc 90   Filed 02/10/21   Entered 02/11/21 00:40:52   Desc Imaged
                              Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: aala | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: 3180W | Total Noticed: 51 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 09 2021 04:18:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: adjustor@westaircomm.com | Feb 09 2021 02:59:00 | West Aircomm Federal Credit Union, PO Box 568, Beaver, PA 15009-0568 |
| 14205187 | | EDI: BECKLEE.COM | Feb 09 2021 04:18:00 | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14153137 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2021 02:52:36 | Advanta, PO Box 660676, Dallas, TX 75266-0676 |
| 14193532 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2021 02:55:28 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14153138 | + | EDI: AMEREXPR.COM | Feb 09 2021 04:18:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14153144 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2021 02:59:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 14153145 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2021 02:59:00 | Citizens Bank, PO Box 7000, Providence, RI 02940 |
| 14231224 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2021 02:59:00 | Citizens Bank, N.A., 1 Citizens Drive, ROP15B, Riverside RI 02915 |
| 14153140 | | EDI: CAPITALONE.COM | Feb 09 2021 04:18:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14172282 | | EDI: CAPITALONE.COM | Feb 09 2021 04:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14233792 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2021 02:59:00 | Citizens Bank of PA, N.A., Attn: Charles M. Koutsogiane, One Citizens, Dr, ROP30B, Riverside R.I. 02915-3026 |
| 14153147 | | EDI: DISCOVER.COM | Feb 09 2021 04:18:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |
| 14159922 | | EDI: DISCOVER.COM | Feb 09 2021 04:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14917664 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 09 2021 02:59:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14153149 | | Email/Text: THIRDPARTY@HIBU.COM | Feb 09 2021 02:59:00 | HIBU INC FKA Yellowbook inc, PO Box 3162, Cedar Rapids, IA 52406 |
| 14153141 | | EDI: JPMORGANCHASE | Feb 09 2021 04:18:00 | Chase, Attn: Customer Service Research, Mail Code: OH4-7302, P.O. Box 24696, Columbus, OH 43224-0696 |
| 14153143 | | EDI: JPMORGANCHASE | Feb 09 2021 04:18:00 | Chase Visa, P.O. Box 15298, Wilmington, DE 19850 |
| 14153142 | | EDI: JPMORGANCHASE | Feb 09 2021 04:18:00 | Chase Visa, PO Box 15298, Wilmington, DE 19886-5153 |
| 14177997 | + | EDI: NAVIENTFKASMSERV.COM | Feb 09 2021 04:18:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14231782 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 09 2021 02:59:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14179258 | | EDI: PENNDEPTREV | Feb 09 2021 04:18:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14179258 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2021 03:00:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14158952 | | EDI: RECOVERYCORP.COM | Feb 09 2021 04:18:00 | Recovery Management Systems Corporation, 25 |

| District/off: 0315-2 | User: aala | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14808393 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | | |
| | | | Feb 09 2021 02:59:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14153158 | + | Email/Text: adjustor@westaircomm.com | | |
| | | | Feb 09 2021 02:59:00 | West Aircomm FCU, P.O. Box 568, Beaver, PA 15009-0568 |
| 14230032 | + | Email/Text: adjustor@westaircomm.com | | |
| | | | Feb 09 2021 02:59:00 | West Aircomm Federal Credit Union, 485 Buffalo Street, Beaver, PA 15009-2098 |
| 14191175 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Feb 09 2021 03:00:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14153159 | | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Feb 09 2021 03:00:00 | West Penn Power, 1310 Fairmont Ave, Fairmont, WV 26554-3526 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |
| 14153156 | | Suzette Abels |
| 14153157 | | Suzette Abels |
| 14153146 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, PO Box 7000, Providence, RI 02940 |
| 14177994 | *+ | First Data Merchant Services, 4000 Coral Ridge Drive (C-230), Coral Springs, FL 33065-7614 |
| 14177995 | *P++ | HIBU, ATTN MELISSA MCCALLIN, 2201 RENAISSANCE BLVD, KING OF PRUSSIA PA 19406-2709, address filed with court:, HIBU INC FKA Yellowbook inc, PO Box 3162, Cedar Rapids, IA 52406 |
| 14153160 | * | West Penn Power, 1310 Fairmont Ave, Fairmont, WV 26554-3526 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com |
| Andrew M. Menchyk, Jr. | on behalf of Creditor William J Gass amm@stepmenlaw.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Kenneth Steidl | |

| District/off: 0315-2 | User: aala | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: 3180W | Total Noticed: 51 |

on behalf of Debtor Larry P. Abels julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 7