IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/8/21 5:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    LARRY P. ABELS

          Debtor(s)

Ronda J. Winnecour
      Movant
       vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 15-24583-JAD

Chapter 13

Related To Doc. No. 83

## ORDER OF COURT

    AND NOW, this <u>8th</u> day of <u>February</u>, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_[signature]_ mas

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Larry P. Abels  
    Debtor

Case No. 15-24583-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 3  
Date Rcvd: Feb 08, 2021      Form ID: pdf900      Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larry P. Abels, 1086 Meridian Road, Renfrew, PA 16053-9714 |
| cr | + | Peoples TWP, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | William J Gass, 280 Anderson Road, Butler, PA 16002-8822 |
| 14205187 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14153136 | | Admiral Craft Equipment Corp, PO Box 9014, Hicksville, NY 11802-9014 |
| 14153138 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14153139 | + | Armstrong Cable, 437 N Main Street, Butler, PA 16001-4358 |
| 14177993 | + | First Data Merchant Services, 4000 Coral Ridge Drive (C-230), Coral Springs, FL 33065-7614 |
| 14153148 | + | Guardian Protection Services, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 14208349 | + | Hibu Inc f/k/a Yellowbook Inc, C/O RMS Bankruptcy Recovery Services, P. O. Box 361345, Columbus, OH 43236-1345 |
| 14177996 | + | Michael J. Pater, Attorney at Law, 101 E. Diamond Street, Suite 202, Butler, PA 16001-5944 |
| 14195599 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14177998 | + | Northwest Savings Bank, 905 Main Street, Pittsburgh, PA 15215-2301 |
| 14153152 | + | PMF Rentals, 124 Plunkett Dr, Zelienople, PA 16063-8716 |
| 14153153 | | PNC Bank MT2, 2730 Liberty Avenue, Pittsburgh, PA 15265-0001 |
| 14153150 | + | Penn Center Complex, c/o Mike Pater, 108 E Diamond St, Suite 202, Butler, PA 16001-5947 |
| 14153151 | | Peoples TWP Gas, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 14177999 | | Rauch-Milliken International Inc., PO Box 8390, Metairie, LA 70011-8390 |
| 14153154 | | Sheetz Business Edge, c/o Wex Bank, P.O. Box 6293, Carol Stream, IL 60197-6293 |
| 14153155 | + | Specialty Equipment Sales, 5705 Valley Belt Road, Independence, OH 44131-1421 |
| 14178000 | + | William J. Glass, c/o Leo M. Stepanion Sr., 222 S. Main Street, Butler, PA 16001-5930 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 09 2021 02:59:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2021 02:59:00 | Citizens bank na, One Citizens Bank Way JCA 115, Johnston, RI 02919 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 09 2021 02:55:31 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: adjustor@westaircomm.com | Feb 09 2021 02:59:00 | West Aircomm Federal Credit Union, PO Box 568, Beaver, PA 15009-0568 |
| 14153137 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2021 02:55:29 | Advanta, PO Box 660676, Dallas, TX 75266-0676 |
| 14193532 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2021 02:55:28 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14153144 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2021 02:59:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |

Case 15-24583-JAD    Doc 91    Filed 02/10/21    Entered 02/11/21 00:40:52    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: pdf900 | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| 14153145 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2021 02:59:00 | Citizens Bank, PO Box 7000, Providence, RI 02940 |
| 14231224 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2021 02:59:00 | Citizens Bank, N.A., 1 Citizens Drive, ROP15B, Riverside RI 02915 |
| 14153140 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 09 2021 02:54:08 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14172282 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 09 2021 02:54:07 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14233792 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2021 02:59:00 | Citizens Bank of PA, N.A., Attn: Charles M. Koutsogiane, One Citizens, Dr, ROP30B, Riverside R.I. 02915-3026 |
| 14153147 | Email/Text: mrdiscen@discover.com | Feb 09 2021 02:59:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |
| 14159922 | Email/Text: mrdiscen@discover.com | Feb 09 2021 02:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14917664 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 09 2021 02:59:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14153149 | Email/Text: THIRDPARTY@HIBU.COM | Feb 09 2021 02:59:00 | HIBU INC FKA Yellowbook inc, PO Box 3162, Cedar Rapids, IA 52406 |
| 14153141 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 09 2021 02:54:07 | Chase, Attn: Customer Service Research, Mail Code: OH4-7302, P.O. Box 24696, Columbus, OH 43224-0696 |
| 14153143 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 09 2021 02:55:33 | Chase Visa, P.O. Box 15298, Wilmington, DE 19850 |
| 14153142 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 09 2021 02:55:33 | Chase Visa, PO Box 15298, Wilmington, DE 19886-5153 |
| 14177997 | + Email/PDF: pa_dc_claims@navient.com | Feb 09 2021 02:54:05 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14231782 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 09 2021 02:59:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14179258 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2021 03:00:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14158952 | Email/PDF: rmscedi@recoverycorp.com | Feb 09 2021 02:55:31 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14808393 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 09 2021 02:59:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14153158 | + Email/Text: adjustor@westaircomm.com | Feb 09 2021 02:59:00 | West Aircomm FCU, P.O. Box 568, Beaver, PA 15009-0568 |
| 14230032 | + Email/Text: adjustor@westaircomm.com | Feb 09 2021 02:59:00 | West Aircomm Federal Credit Union, 485 Buffalo Street, Beaver, PA 15009-2098 |
| 14191175 | + Email/Text: bankruptcy@firstenergycorp.com | Feb 09 2021 03:00:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14153159 | Email/Text: bankruptcy@firstenergycorp.com | Feb 09 2021 03:00:00 | West Penn Power, 1310 Fairmont Ave, Fairmont, WV 26554-3526 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: pdf900 | Total Noticed: 49 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |
| 14153156 | | Suzette Abels |
| 14153157 | | Suzette Abels |
| 14153146 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, PO Box 7000, Providence, RI 02940 |
| 14177994 | *+ | First Data Merchant Services, 4000 Coral Ridge Drive (C-230), Coral Springs, FL 33065-7614 |
| 14177995 | *P++ | HIBU, ATTN MELISSA MCCALLIN, 2201 RENAISSANCE BLVD, KING OF PRUSSIA PA 19406-2709, address filed with court:, HIBU INC FKA Yellowbook inc, PO Box 3162, Cedar Rapids, IA 52406 |
| 14153160 | * | West Penn Power, 1310 Fairmont Ave, Fairmont, WV 26554-3526 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com |
| Andrew M. Menchyk, Jr. | on behalf of Creditor William J Gass amm@stepmenlaw.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Larry P. Abels julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples TWP  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 7